1  MCGREGOR W. SCOTT
   United States Attorney
2  TODD A. PICKLES
   ROSANNE L. RUST
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00210 GEB |
|---|---|
12 | Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE INTIAL APPEARNCE FOR ARRAIGNMENT |
13 | v. | |
14 | JAGPAL SINGH, | DATE: January 23, 2018 |
15 | Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

16

17       Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorneys Todd A. Pickles and Rosanne L. Rust, and defendant Jagpal Singh, both individually and by

19 and through his counsel of record, I. Mark Bledstein, Esq., and Adam Koppekin, Esq., hereby stipulate:

20       1.      The Indictment in this case was filed on November 16, 2017, and defendant made his

21 initial appearance in this case on January 16, 2018 in the United States District Court for the Central

22 District of California. Defendant was ordered released on conditions and the posting of a secured bond,

23 and ordered to make his initial appearance for arraignment in this District on January 23, 2018.

24       2.      By this stipulation, defendant Jagpal Singh moves to continue his initial appearance to

25 January 31, 2018 at 2:00 p.m., before the duty Magistrate Judge, in order to permit his retained counsel

26 time to travel and appear at the initial appearance and arraignment. The United States does not oppose

27 this request.

28

3. The parties further stipulate that the delay is required to allow the defense reasonable time for preparation and for continuity of counsel. The parties further agree that, to the extent applicable, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED AND REQUESTED.

Dated: January 22, 2018           McGREGOR W. SCOTT
                                  United States Attorney

                            By:   /s/ Todd A. Pickles
                                  TODD A. PICKLES
                                  ROSANNE L. RUST
                                  Assistant United States Attorneys

Dated: January 22, 2018     By:   /s/ Todd A. Pickles for
                                  I. Mark Bledstein, Esq.
                                  Adam Koppekin, Esq.

                                  Counsel for defendant Jagpal Singh

## [~~PROPOSED~~] FINDINGS AND ORDER

For good cause showing, the Court ADOPTS the parties' stipulation and ORDERS that the initial appearance and arraignment for defendant Jagpal Singh is continued to January 31, 2018 at 2:00 p.m. before the duty Magistrate Judge.

IT IS SO FOUND AND ORDERED this 23rd day of January, 2018.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE