McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-210 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING MOVING JUDGMENT AND SENTENCING HEARING; [PROPOSED] ORDER |
| v. | |
| JAGPAL SINGH, | DATE: July 12, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Jagpal Singh, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on Friday, July 12, 2019, at 9:00 a.m.

2. By this stipulation, the parties now move to continue the defendant Jagpal Singh's judgment and sentencing hearing to Friday, November 15, 2019, at 9:00 a.m.

3. The parties do not seek to reset any other dates because the PSR process has already been completed.

IT IS SO STIPULATED.

///

///

STIPULATION REGARDING MOVING JUDGMENT AND
SENTENCING HEARING; [PROPOSED] ORDER

1

| | |
|---|---|
| Dated: July 5, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ ROSANNE L. RUST<br>ROSANNE L. RUST<br>Assistant United States Attorney |
| Dated: July 5, 2019 | /s/ I. MARK BLEDSTEIN<br>I. MARK BLEDSTEIN<br>Counsel for Defendant<br>JAGPAL SINGH |

**ORDER**

JUDGMENT AND SENTENCING HEARING FOR JAGPAL SINGH IS NOW SCHEDULED FOR NOVEMBER 15, 2019. IT IS SO ORDERED.

Dated: July 8, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge