PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JAGPAL SINGH, ET AL.,<br><br>        Defendants. | CASE NO. 2:17-CR-210 TLN<br><br>ORDER AUTHORIZING EARLY DISCLOSURE OF GRAND JURY INFORMATION FOR DISCOVERY PURPOSES |

  Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i):

  IT IS HEREBY ORDERED that the United States is authorized to provide early disclosure of grand jury transcripts and their accompanying exhibits related to this case to defendants prior to the time required under the Jencks Act, 18 U.S.C. §3500.

DATED: April 6, 2021

                _____
                Troy L. Nunley
                United States District Judge